# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| LOLLICUP USA, INC., ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff/Petitioner,<br>vs.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, IN HER OFFICIAL CAPACITY,<br><br>Defendant/Respondent | Case No.: 3:26-cv-01287-SI<br><br><br>DECLARATION OF SERVICE OF **Summons, Class Action Complaint, Civil Cover Sheet, Plaintiff's Supplement Regarding Related Case Designation, and Plaintiff Lollicup USA, Inc.'s Corporate Disclosure Statement.** |

I hereby declare that I made service of the above described documents upon the individuals and other legal entities to be served, names below, by delivering or leaving true copies of said Document(s) mentioned therein, as follows:

**Office Service Upon Individual(s)**

Upon **LEAH FELDON**, at the office that he/she maintains for the conduct of business as **Director, Oregon Department of Environmental Quality**, by leaving such true copy with **Veronica Delgado**, the person who was apparently in charge. Service was made at **Oregon DEQ, 700 NE Multnomah St., Suite 600, Portland, OR 97232**, on **Friday, June 26, 2026**, at **8:58 AM.**

On **Friday, June 26, 2026,** pursuant to ORCP 7D(2)(c), I also mailed or caused to be mailed, via first-class mail, a true copy of each document to **LEAH FELDON c/o Oregon DEQ**, at **700 NE Multnomah St., Suite 600, Portland, OR 97232**, together with statement of the date, time, and place at which office service was made.

I further declare that the above statement is true to the best of my knowledge and belief, and I understand that it is made for use as evidence in court and is subject to penalty for perjury. I declare that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and that the person, firm or corporation served by me is the identical person, firm or Corporation named in the action.

Dated **June 26, 2026**

Signed *Randy Swingle*

Randy Swingle
for MercuryPDX
PO Box 2274
Portland, OR 97208
503-247-8484

Page 2 of 2 – DECLARATION OF SERVICE



PO Box 2247
Portland, OR 97208

LEAH FELDON
c/o Oregon DEQ
700 NE Multnomah St., Suite 600
Portland, OR 97232

Page 2 of 2 – DECLARATION OF SERVICE