K&L GATES LLP
Philip S. Van Der Weele, OSB No. 863650
phil.vanderweele@klgates.com
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

MORTENSON TAGGART ADAMS LLP
Kevin A. Adams (admitted pro hac vice)
kadams@mortensontaggart.com
300 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2513
Facsimile: (949) 774-2224

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOLLICUP USA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAH FELDON, Director, Oregon Department of Environmental Quality, in her official capacity,<br><br>Defendant. | Case No. 3:26-cv-01287-SI<br><br>**JOINT MOTION TO EXTEND THE DEADLINE TO FILE A JOINT STATUS REPORT** |

**LOCAL RULE 7-1 CERTIFICATION**

Counsel for Plaintiff Lollicup USA, Inc. ("Lollicup") conferred with counsel for Defendant Leah Feldon, Director of the Oregon Department of Environmental Quality, in her official capacity

("Director Feldon"), regarding this motion by email on September 8, 2026, and Director Feldon confirmed her agreement to this motion on September 9, 2026. Lollicup and Director Feldon (together, the "parties") agree to the extension requested and jointly move for the relief requested.

**MOTION**

The parties jointly move under Local Rule 16-3 for an order extending the deadline to file a Joint Status Report (the "Status Report") from Thursday, September 10, 2026 to Friday, October 16, 2026. The parties further ask that all other deadlines in this case remain stricken pending further order of the Court. *See* ECF 10 (Order granting the parties' prior joint motion and striking all pending deadlines).

**GOOD CAUSE SUPPORTS THE EXTENSION**

Local Rule 16-3 requires a party seeking to extend a court-imposed deadline to show good cause, effective prior use of time, a recommended new date, and the effect on other deadlines. Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend a deadline for good cause if the request comes before the deadline expires. Both rest on the Court's inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). A court may use that power to await an independent proceeding bearing on the case before it, and the issues there need not be controlling. *See Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979).

The parties proposed the September 10 deadline for the Status Report so that they could advise the Court after it decided the merits of *National Association of Wholesaler-Distributors v. Feldon*, No. 3:25-cv-01334-SI (the "NAWD Matter"), a related case before this Court challenging the same statute at issue here, Oregon's Plastic Pollution and Recycling Modernization Act, ORS

§§ 459A.860 to 459A.975. *See* ECF 9 at 3 (the parties' prior joint motion). The Court has now decided the NAWD Matter. It entered Findings of Fact and Conclusions of Law on August 27, 2026, and entered judgment in favor of Director Feldon on August 28, 2026. NAWD Matter, ECF 205, 206. What the parties still do not know is whether the plaintiff in that case, the National Association of Wholesaler-Distributors ("NAWD"), will appeal. No post-trial motion has been filed in the NAWD Matter, so NAWD's notice of appeal is due September 28, 2026, eighteen days after the current Status Report deadline. *See* Fed. R. App. P. 4(a)(1)(A).

Whether NAWD appeals will determine what the parties are able to tell the Court. If NAWD appeals, the Ninth Circuit will review the same two constitutional questions presented in this case, arising under the dormant Commerce Clause and the Due Process Clause of the Fourteenth Amendment, decided on a full trial record against the same defendant. Whether Lollicup moves for a preliminary injunction, whether Director Feldon answers or moves to dismiss, and what schedule this case should follow all depend on the answer. If NAWD does not appeal, the judgment in the NAWD Matter becomes final and the parties can propose a schedule on settled ground. A Status Report filed on September 10 could tell the Court only that the parties are waiting. A Status Report filed on October 16 can tell the Court what this case needs.

The parties have used their time effectively. Since the Court issued its Findings of Fact and Conclusions of Law, they have reviewed that decision, monitored the docket in the NAWD Matter, and conferred about the decision's effect on this case and on the schedule going forward. The parties have sought one prior extension, which the Court granted. ECF 9; ECF 10.

The parties recommend October 16, 2026. That date lets them confer after NAWD's time to appeal has run and report a considered position rather than a placeholder. The extension affects

no other date. The Court struck all pending deadlines and suspended Director Feldon's deadline to respond to the Complaint (ECF 10). No trial date or pretrial deadline is set.

## CONCLUSION

The parties respectfully request that the Court extend the deadline to file a Joint Status Report to October 16, 2026, and that all other deadlines remain stricken pending further order of the Court.

DATED this 9th day of September, 2026.

MORTENSON TAGGART ADAMS LLP

s/ Kevin A. Adams
Philip S. Van Der Weele, OSB No. 863650
phil.vanderweele@klgates.com
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Kevin A. Adams (pro hac vice)
MORTENSON TAGGART ADAMS LLP
kadams@mortensontaggart.com

Of Attorneys for Plaintiff

DEPARTMENT OF JUSTICE

s/ Thomas H. Castelli
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
YOUNGWOO JOH #164105
ALEXANDER C. JONES #213898
Assistant Attorneys General
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
alex.jones@doj.oregon.gov

Of Attorneys for Defendant

Pursuant to L.R. 11-1(b), I hereby attest that the above signatories, on whose behalf this filing is jointly submitted, concur in this filing's contents and have authorized the filing of this document.

DATED: September 9, 2026

*s/ Kevin A. Adams*
Kevin A. Adams

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2026, I caused to be served a copy of the foregoing document upon all counsel of record via the Court's CM/ECF electronic service system.

DATED this 9th day of September, 2026.

MORTENSON TAGGART ADAMS LLP

By: *s/ Kevin A. Adams*
Kevin A. Adams (Admitted Pro Hac Vice)
kadams@mortensontaggart.com

Attorneys for Plaintiff Lollicup USA, Inc. and the Proposed Class