K&L GATES LLP
Philip S. Van Der Weele, OSB No. 863650
phil.vanderweele@klgates.com
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

MORTENSON TAGGART ADAMS LLP
Kevin A. Adams (admitted pro hac vice)
kadams@mortensontaggart.com
300 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
Telephone: (949) 774-2513
Facsimile: (949) 774-2224

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LOLLICUP USA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAH FELDON, Director, Oregon Department of Environmental Quality, in her official capacity,<br><br>Defendant. | Case No. 3:26-cv-01287-SI<br><br>**JOINT MOTION TO STAY PENDING APPEAL IN RELATED CASE AND TO STRIKE OCTOBER 16 JOINT STATUS REPORT DEADLINE** |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for Plaintiff Lollicup USA, Inc. ("Lollicup") conferred with counsel for Defendant Leah Feldon, Director of the Oregon Department of Environmental Quality, in her official capacity ("Director Feldon"), regarding this motion by email on October 7 and 8, 2026, and Director Feldon

confirmed her agreement to this motion on October 9, 2026. Lollicup and Director Feldon (together, the "parties") stipulate to the relief requested and jointly move for it.

**MOTION**

The parties jointly move for an order (1) staying this action pending the Ninth Circuit's resolution of *National Association of Wholesaler-Distributors v. Feldon*, No. 26-6404 (the "NAWD Appeal"); (2) striking the October 16, 2026 deadline to file a Joint Status Report (ECF 12); (3) directing the parties to file a joint status report every six months during the stay, beginning April 16, 2027; and (4) directing the parties to file a joint status report proposing a schedule for this case within 15 days after the Ninth Circuit issues its mandate in the NAWD Appeal. All other deadlines, including Director Feldon's deadline to respond to the Complaint, remain stricken. *See* ECF 10. Any party may move to lift the stay for good cause.

**GOOD CAUSE SUPPORTS THE STAY**

This Motion arises out of the NAWD Appeal, which challenges this Court's judgment in a related case in favor of the defendant/appellee, who is also the defendant in this case. A court may stay an action pending independent proceedings that bear on the case, and the issues in those proceedings need not be controlling. *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979); *see Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). This case and *National Association of Wholesaler-Distributors v. Feldon*, No. 3:25-cv-01334-SI (the "NAWD Matter"), challenge the same statute, Oregon's Plastic Pollution and Recycling Modernization Act, under the same two constitutional provisions, against the same defendant. The Court has twice deferred this case pending the NAWD Matter. ECF 10; ECF 12. It entered judgment for Director Feldon in the NAWD Matter on August 28, 2026, and NAWD appealed on September 24, 2026. NAWD Matter, ECF 206, 209. The Ninth Circuit's decision on the same dormant Commerce Clause and

Due Process questions will bear directly on how this case proceeds. The appeal is on a set briefing schedule, with NAWD's opening brief due December 17, 2026, and Director Feldon's answering brief due January 18, 2027, NAWD Appeal, Dkt. 2, and the proposed status reports will keep the Court informed of its progress. *See Leyva*, 593 F.2d at 864 (stay appropriate where the other proceedings are likely to conclude within a reasonable time).

Good cause also supports striking the October 16 Status Report deadline. LR 16-3. Since NAWD appealed, the parties have conferred and agreed on this proposal, and this motion gives the Court the update the Status Report was meant to provide. In its place, the parties propose the status reports described above. No other deadline is affected: the Court struck all pending deadlines (ECF 10), and no trial date is set.

**CONCLUSION**

The parties respectfully request that the Court grant this motion and enter the order described above.

DATED this 9th day of October, 2026.

MORTENSON TAGGART ADAMS LLP

s/ Kevin A. Adams
Philip S. Van Der Weele, OSB No. 863650
phil.vanderweele@klgates.com
One SW Columbia Street, Suite 1900
Portland, OR 97204
Telephone: (503) 228-3200
Facsimile: (503) 248-9085

Kevin A. Adams (pro hac vice)
MORTENSON TAGGART ADAMS LLP
kadams@mortensontaggart.com

Of Attorneys for Plaintiff

DEPARTMENT OF JUSTICE

s/ *Alexander C. Jones*
THOMAS H. CASTELLI #226448
Senior Assistant Attorney General
YOUNGWOO JOH #164105
ALEXANDER C. JONES #213898
Assistant Attorneys General
Tel (971) 673-1880
Fax (971) 673-5000
thomas.castelli@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
alex.jones@doj.oregon.gov

Of Attorneys for Defendant

Pursuant to L.R. 11-1(b), I hereby attest that the above signatories, on whose behalf this filing is jointly submitted, concur in this filing's contents and have authorized the filing of this document.

DATED: October 9th, 2026

*s/ Kevin A. Adams*
Kevin A. Adams (Admitted Pro Hac Vice)
kadams@mortensontaggart.com

Attorneys for Plaintiff Lollicup USA, Inc. and the Proposed Class

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2026, I caused to be served a copy of the foregoing document upon all counsel of record via the Court's CM/ECF electronic service system.

DATED this 9th day of October, 2026.

MORTENSON TAGGART ADAMS LLP

By: s/ Kevin A. Adams
Kevin A. Adams (Admitted Pro Hac Vice)
kadams@mortensontaggart.com

Attorneys for Plaintiff Lollicup USA, Inc. and the Proposed Class